No. 11–975. HENRY FORD HEALTH SYSTEM, DBA HENRY FORD HOSPITAL *v.* DEPARTMENT OF HEALTH AND HUMAN SERV-

ICES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▬